# Exhibit 1



Charles P. Kazarian, Esq.
Scott H. Kremer, Esq.
Mairead T. Hardy, Paralegal

October 29, 2020

VIA CERTIFIED MAIL. tracking #7020 0640 0000 6602 0160
Maura Healy
Attorney General
Office of the Attorney General
1 Ashburton Place, 20th floor
Boston, MA 02108

VIA CERTIFIED MAIL. tracking #7020 0640 0000 6602 0191
Thomas Turco
Secretary for the Executive Office of Public Safety and Security
Executive Office of Public Safety and Security
1 Ashburton Place, Suite 2133
Boston, MA 02108

RE:   HEATHER HASTAY

NOTICE OF PRESENTMENT
AND DEMAND FOR SETTLEMENT
G.L. c. 258, s. 4

Dear Counsel:

This letter is written pursuant to G.L. c. 258, s. 4. Please be advised that this office represents Heather Hastay with regard to claims against the Commonwealth of Massachusetts, the Massachusetts State Police and Trooper Matthew Holden (Trooper #4146) for civil rights violations pursuant to the Federal Civil Rights Act, 42 U.S.C. s. 1983; and the Massachusetts Civil Rights Act, G.L. c. 12, s. 11I, as well as claims for battery, assault, intentional infliction of emotional distress, negligent infliction of emotional distress, and negligence.

As further explained below, these claims arise out of improper acts by Trooper Holden against Ms. Hastay on May 9 – 10, 2019, made in violation of the 4th Amendment of the United States Constitution and Art. 12 of the Massachusetts Declaration of Rights.

During the evening of May 9, 2019, Ms. Hastay, then 24-years old, was at the Ming Dynasty restaurant in Marshfield, MA. Sometime before midnight, Ms. Hastay left the Ming Dynasty with a friend with whom she had been dining, and began to drive home.

To: Maura Healy and Thomas Turco
RE: Heather Hastay
October 29, 2020
Page Two

As Ms. Hastay drove out of the Ming Dynasty parking lot onto the roadway, she was immediately and unlawfully stopped by Trooper Holden. Trooper Holden had no reason to stop Ms. Hastay.

Trooper Holden approached Ms. Hastay's vehicle. He did not inform her why he had stopped her vehicle. He then proceeded to ask Ms. Hastay personal and inappropriate questions including whether she was a student, where she went to school, and whether she was employed. Ms. Hastay answered the Trooper's odd questions.

Ms. Hastay was not exhibiting any signs of intoxication, as she was not intoxicated. Trooper Holden, however, asked if she had consumed any alcohol that evening. Ms. Hastay truthfully informed Trooper Holden that she had consumed alcohol that evening at Ming Dynasty. Trooper Holden then ordered Ms. Hastay from her vehicle to conduct a field sobriety test.

Ms. Hastay performed the tests without problem or issue, as she was not intoxicated, however, Trooper Holden determined that she turned while taking the 10th step of the 10 step turn test (rather than taking the 10th step and then turning), and that she failed to properly count backwards. Trooper Holden decided that she had failed the test, and she was placed under arrest.

The Trooper, with the assistance of Marshfield Police, then searched her vehicle. Nothing was found. The police had Ms. Hastay's vehicle towed from the scene and allowed her passenger to leave the scene on foot.

In the now early morning hours of May 10, 2019, Trooper Holden transported Ms. Hastay to the State Police barracks. Trooper Holden brought Ms. Hastay into a small, dark room/closet near the booking area. Based on his tone and demeanor, Ms. Hastay was fearful of what was to happen to her alone and handcuffed in a small, unlit, and dark room with Trooper Holden.

While inside the small, dark room, Trooper Holden ordered the still handcuffed Ms. Hastay to empty her pockets. She complied, but based on his demeanor and tone, she remained very fearful and concerned about his intentions.

Thereafter, Trooper Holden brought her into the booking area where they were again alone, and at this time, he groped her buttocks and groin. Ms. Hastay was shocked, alarmed and humiliated by this treatment, but feared that since they were alone there was nothing that she could do, except hope that Trooper Holden stopped the abuse.

To: Maura Healy and Thomas Turco
RE: Heather Hastay
October 29, 2020
Page Three

Ms. Hastay took and passed a breathalyzer test, as she was not intoxicated, and had been improperly arrested. Trooper Holden then called a supervisor to find what he should do since Ms. Hastay had passed the breathalyzer, and he was told to let her go.

Trooper Holden kept Ms. Hastay at the barracks a while longer and then ultimately let her leave with a warning for a number plate violation. This warning was a pretext, and clearly a transparent attempt to create cover for the Trooper's improper actions, as there was no issue with Ms. Hastay's license plate or plate light. Similarly, it appears that the Incident Report that Trooper Holden prepared was inaccurately written to cover up his improper actions. (We note that the Incident Report is internally inconsistent, as Trooper Holden asserts in Paragraph 1 that he stopped Ms. Hastay at 1:00 A.M., but the Vehicle Inventory Report, which was prepared after the search of her vehicle, was completed at 12:48 A.M., apparently 12 minutes before the Trooper stopped Ms. Hastay.)

Trooper Holden stopped Ms. Hastay without cause. He abused his position of power by making an arbitrary and unsubstantiated decision that Ms. Hastay had failed a field sobriety test when she was not intoxicated. He improperly incited fear and humiliation by bringing her alone into a small dark room and ordering her to empty her pockets while handcuffed. Thereafter, he touched her inappropriately by groping her buttocks and groin.

Ms. Hastay was traumatized by Trooper Holden's improper acts. She is fearful, has lost sleep, and cries often. This event has caused physical ailments, and has significantly diminished her quality of life. As you know, violation of the Massachusetts Civil Rights Act carries the potential for an award of punitive damages, which would certainly be an issue in this matter, as well as attorney's fees.

Ms. Hastay hereby makes a settlement demand of $500,000.00.

Ms. Hastay also requests that any and all photographs, and any and all audio or visual recordings, including but not limited to, recordings taken at the barracks and/or booking area, body camera recordings, recordings taken from a police vehicle, recordings of 911 calls, and turret recordings, be preserved.

Very truly yours,

Scott H. Kremer

CC:   Heather Hastay
      Trooper Matthew Holden

# Exhibit 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br>Maura Healy<br>Attorney General<br>Office of the Attorney General<br>1 Ashburton Place, 20th floor<br>Boston, MA 02108 | B. Received by (Printed Name)   C. Date of Delivery |
| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>NOV 03 2020 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3949 8060 7128 70 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0640 0000 6602 0160 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

# Exhibit 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Thomas Turco
   or the Executive Office of Public Safety and Security
   ecutive Office of Public Safety and Security
   1 Ashburton Place, Suite 2133
   Boston, MA 02108

   9590 9402 3949 8060 7128 87

2. Article Number (Transfer from service label)

   7020 0640 0000 6602 0191

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   11/2/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt