UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEATHER HASTAY,             )<br>                             )<br>    Plaintiff,              )<br>                             )<br>v.                           )<br>                             )<br>MATTHEW HOLDEN,              )<br>THE MASSACHUSETTS STATE POLICE )<br>and THE COMMONWEALTH OF      )<br>MASSACHUSETTS,              )<br>                             )<br>    Defendants.              )<br>_____) | Civil Action<br>Case No. 1:22-cv-10439 |

### DEFENDANTS COMMONWEALTH OF MASSACHUSETTS AND THE DEPARTMENT OF STATE POLICE'S MOTION TO DISMISS

The Commonwealth of Massachusetts and the Department of State Police ("Commonwealth Defendants"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, requests that this Court dismiss Counts I, II and VIII of the Plaintiff's complaint alleging negligence and state and federal civil rights claims against the Commonwealth Defendants since (1) this Court has no jurisdiction to adjudge Plaintiff's tort claim (Count VIII) against the Commonwealth Defendants under the Eleventh Amendment and (2) the Commonwealth Defendants are not persons subject to suit under 42 U.S.C. §1983 or Massachusetts Civil Rights Act, M.G.L. c. 12, §11I (Counts I and II).

The Commonwealth Defendants submit the accompanying Memorandum of Law in support of their Motion to Dismiss.

WHEREFORE, the Commonwealth Defendants respectfully requests that this Honorable Court dismiss Counts I, II and VIII of the Complaint.

                                        Respectfully Submitted,

                                        The Massachusetts Department of
State Police and the Commonwealth of
Massachusetts

                                        Jennifer M. Staples
BBO# 631399
Special Assistant
Attorney General

By:      /s/ Sean W. Farrell
            Sean W. Farrell BBO# 561332
            Daniel Brunelli, BBO# 684889
            Office of the Chief Legal Counsel
            Massachusetts State Police
            470 Worcester Road
            Framingham, MA 01702
            Tel: (508) 820-2153
            Sean.Farrell@pol.state.ma.us

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

     I, Sean W. Farrell, Counsel for the Defendants hereby certify, pursuant to Local Rule 7.1, that counsel for the Defendants conferred with counsel for Plaintiff on April 19, 2022 in an attempt to narrow the issues raised in the Motion prior to its filing.

                                                      /s/ Sean W. Farrell
                                                      Sean W. Farrell

## CERTIFICATE OF SERVICE

   I, Sean W. Farrell, Counsel for the Defendants, hereby certify that I have this day, April 19, 2022, served the foregoing document(s) upon Plaintiff's counsel, *via* the ECF filing system.

                                                      /s/ Sean W. Farrell
                                                     Sean W. Farrell