UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEATHER HASTAY,       )<br>    Plaintiff                       )<br>                                        )<br>V.                                    )<br>                                        )<br>MATTHEW HOLDEN, et. al )<br>    Defendant,                  )<br>                                        ) | Civil Action No. 22 CV-10439 JCB |

### DEFENDANT MATTHEW HOLDEN'S MOTION TO DISMISS

      Defendant Matthew Holden moves to dismiss Counts Two, Four and Seven of Plaintiff's Complaint. Count Two alleges a violation of the Massachusetts Civil Rights Act and must be dismissed as there is no allegation of a deprivation of Constitutional or statutory rights that occurred by threats, intimidation or coercion. <u>Currier v. National Board of Medical Examiners,</u> 462 Mass. 1, 14 (2012). Counts Four and Seven allege that Defendant Holden is liable to the Plaintiff for negligence for conduct taken in the performance of his duties as a Massachusetts State Police Officer. Pursuant to M.G.L. c. 258 §2, a public employee acting within the scope of his employment is exempt from liability resulting from his negligent conduct.

      Defendant further relies on his accompanying memorandum in support of this motion.

        Respectfully submitted,
        Defendant Matthew Holden,
        By his attorneys

        __/s/ Brian Rogal_____
        Brian Rogal, Esquire
        BBO # 424920
        Rogal & Donnellan, P.C.
        100 River Ridge Drive, Suite 203
        Norwood, MA 02062
        (781)-255-1200
        (781) 255-7750  Fax
        brogal@rogalanddonnellan.com

## Certificate of Service

I certify that I have served the foregoing document on each other counsel of record via the Court's ECF system.

April 25, 2022                ___/s/ Brian Rogal_____
                                        Brian Rogal